**LOCAL COUNSEL**
PHILLIP A. SILVESTRI (NV BAR NO. 11276)
SILVESTRI GIDVANI
1810 EAST SAHARA AVENUE, STE 1395
LAS VEGAS, NV 89104
TELEPHONE: (702) 979-4597
FACSIMILE: (702) 933-0647
EMAIL: PSILVESTRI@SILGID.COM

**IN C/O**
WILLIAM H. DOYLE, ESQ.
NEVADA BAR NO. 6960
AMY L. STEIN, ESQ.
NEVADA BAR NO. 7528
THE DOYLE FIRM, P.C.
1313 E. OSBORN ROAD, SUITE 220
PHOENIX, ARIZONA 85014
(602) 240-6711 TELEPHONE NUMBER
(602) 240-6951 FACSIMILE NUMBER
FIRM E-MAIL: ALG@DOYLELAWGROUP.COM
Attorneys for Defendant Plano Molding Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLE GUSTIN, by and through CARMEN GUSTIN, his Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>PLANO MOLDING COMPANY; DOSKOCIL MANUFACTURING COMPANY; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00700-RCJ-CWH<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT PLANO MOLDING COMPANY TO REPLY TO DEFENDANT DOSKOCIL MANUFACTURING COMPANY'S LIMITED OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS**<br><br>*(Motion For Summary Judgment Filed On: 1/30/2015)* |

The moving and opposing parties on the pending motion for summary judgment, Plano Molding Company and Doskocil Manufacturing Company, by and through their respective undersigned counsel, hereby stipulate and agree that the deadline for Defendant Plano Molding Company to file its Reply to Defendant Doskocil Manufacturing Company's

Limited Opposition to its Motion for Summary Judgment on Plaintiff's Claims be extended from March 12, 2015, to March 25, 2015.

No prior extensions have been requested.

This extension is requested for two reasons: (1) the parties recently (February 24th) completed the second session deposition of Carmen Gustin (Plaintiff's mother), and Plano intends to use her testimony to argue in reply to the limited opposition. That transcript has not been prepared. And (2), Plano Molding Company's counsel will begin trial in Pima County Superior Court, Arizona in Tucson, Arizona on March 17, 2015. Counsel is expected in Tucson during the week March 9th, making the briefing schedule in this matter during the same week difficult. As a professional courtesy, Doskocil has agreed to the extension. The extension will cause prejudice to no party.

DATED this 11th day of March, 2015.

| THE DOYLE FIRM, P.C. | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
|---|---|
| By:/s/ Amy L. Stein<br>WILLIAM H. DOYLE (6960)<br>AMY L. STEIN (7528)<br>1313 East Osborn Road, Suite 220<br>Phoenix, AZ 85014<br>*Attorneys for Defendant Plano Molding Company* | By /s/ Steven B. Abbott (w/permission)<br>DARRELL D. DENNIS<br>STEVEN B. ABBOTT<br>GREGORY S. BEAN<br>6385 South Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Doskocil Manufacturing Company* |

IT IS SO ORDERED:

Dated: March 12, 2015

_R. Jones_ (signature)

J:\EDSISS\DOCS\PAUL\1166\PLEAD\LW9444.DOCX
*Designated Local Counsel, Phillip A. Silvestri, Esq. (11276)
Silvestri Gidvani , 1810 E. Sahara Ave, Suite 1395, Las Vegas, NV  89104

2

# CERTIFICATE OF MAILING

I hereby certify that on the 11th day of March, 2015, I electronically filed the attached **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT PLANO MOLDING COMPANY TO REPLY TO DEFENDANT DOSKOCIL MANUFACTURING COMPANY'S LIMITED OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS** with the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing via U.S. District Court-Efile and Serve Program, to the following CM/ECF registrants:

Kevin R. Hansen, Esq.
Travis J. Robertson Esq.
**SHUMWAY VAN & HANSEN**
5440 West Sahara Avenue, Ste 206
Las Vegas, NV 89146
kevin@shumwayvan.com
travis@shumwayvan.com
*Attorneys for Plaintiff*

Ryan Alexander, Esq.
**RYAN ALEXANDER, CHTD**
3017 West Charleston Boulevard, Suite 58
Las Vegas, Nevada  89102
Ryan@RyanAlexander.us
*Co-Counsel for Plaintiff*

Darrell D. Dennis, Esq.
Steven B. Abbott, Esq.
Gregory S. Bean, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
darrell.dennis@lewisbrisbois.com
steven.abbott@lewisbrisbois.com
Gregory.bean@lewisbrisbois.com
*Attorneys for Defendant Doskocil Manufacturing Company*

/s/ LaDranda T. Boudwine
An employee of the Law Offices of
The Doyle Firm, P.C.

J:\EDSISS\DOCS\PAUL\1166\PLEAD\LW9444.DOCX
*Designated Local Counsel, Phillip A. Silvestri, Esq. (11276)
Silvestri Gidvani , 1810 E. Sahara Ave, Suite 1395, Las Vegas, NV  89104

3