# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COLE GUSTIN, by and through CARMEN GUSTIN, Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>PLANO MOLDING COMPANY, et al.,<br><br>Defendants. | Case No. 2:14-cv-00700-RCJ-CWH<br><br>**ORDER** |

At the hearing held on July 20, 2015, the Court ordered Plaintiff to submit a proposed order outlining costs and substituting/appointing Mr. and Mrs. Kyle as guardians ad litem on or before August 3, 2015. (Mins. of Proceedings (Doc. #93).) To date, Plaintiff has failed to do so. The Court therefore will hold a show cause hearing regarding Plaintiff's failure at the motions hearing set for August 27, 2015, at 9:00 a.m.

IT IS SO ORDERED.

DATED: August 18, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge