DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
Darrell.Dennis@lewisbrisbois.com
STEVEN ABBOTT, ESQ.
Nevada Bar No. 10303
Steven.Abbott@lewisbrisbois.com
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant/Third-Party Plaintiff*
DOSKOCIL MANUFACTURING COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLE GUSTIN, by and through CARMEN GUSTIN, his Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>PLANO MOLDING COMPANY; DOSKOCIL MANUFACTURING COMPANY; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant.<br><br>DOSKOCIL MANUFACTURING COMPANY,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>CARMEN GUSTIN,<br><br>Third-Party Defendant. | CASE NO.  2:14-cv-00700-RCJ-CWH<br><br>**STIPULATION AND ORDER TO ALLOW ADDITIONAL TIME FOR PARTIES TO MEET AND CONFER REGARDING FEES AND COSTS** |

4810-6537-2712.1

| | |
|---|---|
| 1 | CARMEN GUSTIN, Individually, |
| 2 | Plaintiff, |
| 3 | vs. |
| 4 | PLANO MOLDING COMPANY; DOSKOCIL MANUFACTURING COMPANY; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, |
| 7 | Defendants. |

### STIPULATION AND ORDER TO ALLOW ADDITIONAL TIME FOR PARTIES TO MEET AND CONFER REGARDING FEES AND COSTS

Plaintiff Cole Gustin, by and through his Guardians ad Litem Dorothy Kyle and Joseph Kyle ("Plaintiff Cole Gustin") and Defendant/Third-Party Plaintiff Doskocil Manufacturing Company ("Doskocil" or "Defendant") hereby enter into the following stipulation upon which they request the Court enter an Order allowing additional time for the parties to meet and confer regarding costs and fees. On August 27, 2015, this Court heard oral argument on two of Doskocil's Motions to Compel (Doc #79, Doc #81) (collectively the "Motions"). The Court ordered Carmen Gustin, guardian of Plaintiff Cole Gustin, to pay costs and fees incurred for the IME with Dr. Lawrence Marshall Plaintiff Cole Gustin missed on May 11, 2015. The Court ordered the parties to meet and confer and, in the event that the parties could not agree, for Doskocil to submit an application for costs and fees within ten days. Since the hearing, counsel for Doskocil attempted in good faith to obtain itemized billings from Dr. Marshall to submit to Plaintiff Cole Gustin for review. As of this date, Dr. Marshall advises that his office staff is continuing to organize the billing documentation.

/ / /

/ / /

/ / /

/ / /

Based on the above representations, Plaintiff Cole Gustin and Doskocil agree to allow an additional ten days for the parties to meet and confer regarding the costs and fees associated with the missed IME, up to and including September 18, 2015. If the parties cannot agree to a final amount by that date, Doskocil will file an application for costs and fees.

DATED: September 8, 2015
**LAW OFFICE OF KEVIN R. HANSEN**

/s/ Kevin Hansen
_____
KEVIN R. HANSEN, ESQ.
5440 W. Sahara Ave, Suite 206
Las Vegas, NV 89146

Ryan Alexander, Esq.
RYAN ALEXANDER, CHTD.
3017 W. Charleston Blvd., Suite 58
Las Vegas, NV 89102
*Attorneys for Plaintiff Cole Gustin*

DATED: September 8, 2015
**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Gregory Bean
_____
DARREL D. DENNIS ESQ.
STEVEN B. ABBOTT, ESQ.
GREGORY S. BEAN, ESQ.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada, 89118
*Attorneys for Doskocil Manufacturing Company*

## ORDER

IT IS SO ORDERED.

Dated September 9, 2015

_____
UNITED STATES MAGISTRATE JUDGE