KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
**LAW OFFICES OF KEVIN R. HANSEN**
5440 West Sahara, Suite 206
Las Vegas, Nevada 89146
kevin@kevinrhansen.com
Tel: (702) 478-7777
Fax: (702) 728-2484
*Attorney for Plaintiff*
COLE GUSTIN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLE GUSTIN, by and through CARMEN GUSTIN, his Guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>PLANO MOLDING COMPANY; DOSKOCIL MANUFACTURING; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00700-RCJ-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO THE MOTION TO COMPEL FILED AUGUST 25, 2015.** |

Plaintiff COLE GUSTIN by and through, his Guardian ad Litem and through his attorney of record, the LAW OFFICES OF KEVIN R. HANSEN, ("Plaintiff") and Defendant/Third-Party Plaintiff Doskocil Manufacturing Company ("Doskocil" or "Defendant") hereby enter into the following stipulation upon which they request the Court enter and Order.  On August 25, 2015 Doskocil filed a Motion to Compel (Doc #100).

////

////

////

1

Plaintiff Cole Gustin and Doskocil, having met and conferred, agree that the Plaintiff shall have two weeks from the date of this stipulation, September 28, 2015 to produce the discovery requested by Doskcolil in an attempt to resolve the outsanding discovery matters without further judical intervention. Consqunetly, the parties have agreed that Plaintiff shall have until September 28, 2015 to file his opposition to the motion.

| | |
|---|---|
| Dated: September 14, 2015<br>LAW OFFICES OF KEVIN R. HANSEN | Dated: September 14, 2015<br>LEWIS BRISBOIS BISGAARD & SMITH |
| /s/ Kevin R. Hansen<br>KEVIN R. HANSEN, ESQ.<br>5440 W. Sahara Ave., Suite 206<br>Las Vegas, NV 89146 | /s/ Steven B. Abbott<br>DARRELL D. DENNIS, ESQ.<br>STEVEN B. ABBOTT, ESQ.<br>GREGORY S. BEAN, ESQ.<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Doskocil Manufacturing Company* |
| RYAN ALEXENDAR, ESQ.<br>RYAN ALEXANDER, CHTD.<br>3017 W. Charleston Blvd., Suite 58<br>Las Vegas, NV 89102<br>*Attorneys for Plaitniff Cole Gustin* | |

ORDER

IT IS SO ORDERED.

DATED September 15, 2015

_____
UNITED STATES MAGISTRATE JUDGE

2