**SAO**
BRENT T. ELLISON, ESQ.
Nevada Bar No.: 12200
LAW OFFICE OF BRENT ELLISON
7465 W. Lake Mead Boulevard, Suite 100
Las Vegas, Nevada 89128
Telephone: (702) 562-8148
Facsimile: (702) 553-3493
Email: brent@mynevadalawoffice.com
*Attorney for Plaintiff/Third-Party Defendant,*
*CARMEN GUSTIN*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COLE GUSTIN, by and through CARMEN GUSTIN, his Guardian ad Litem, | CASE NO.:   2:14-cv-00700-RJC-CWH |
| Plaintiff, | Consolidated with: |
| vs. | CASE NO.:   2:15-cv-00589-JCM-CWH |
| PLANO MOLDING COMPANY; DOSKOCIL MANUFACTURING COMPANY; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |
| DOSKOCIL MANUFACTURING COMPANY, | |
| Third-Party Plaintiff, | |
| vs. | |
| CARMEN GUSTIN, | |
| Third-Party Defendant. | |

1  CARMEN GUSTIN, Individually,
2           Plaintiff,
3  vs.
4
5  PLANO MOLDING COMPANY;
   DOSKOCIL MANUFACTURING
6  COMPANY; DOES I through X, and ROE
   BUSINESS ENTITIES I through X. inclusive,
7
8           Defendants.

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OF PLAINTIFF/THIRD- PARTY DEFENDANT, CARMEN GUSTIN'S, OPPOSITION TO DEFENDANT/THIRD-PARTY PLAINTIFF'S, DOSKOCIL MANUFACTURING COMPANY'S, MOTION TO DISMISS**

Plaintiff/Third-Party Defendant, CARMEN GUSTIN, by and through her attorneys of record, BRENT T. ELLISON, ESQ., of THE LAW OFFICE OF BRENT ELLISON, and LEONIDAS P. FLANGAS, ESQ., of FLANGAS LAW FIRM, LTD. and Defendant/Third-Party Plaintiff, DOSKOCIL MANUFACTURING COMPANY, by and through their attorneys of record, DARREL DENNIS, ESQ, STEVE ABBOTT, ESQ. and GREGORY BEAN, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH, and hereby stipulate and agree that Plaintiff/Third-Party Defendant, CARMEN GUSTIN, shall have up to, and including, October 14, 2015, in

///
///
///
///
///
///
///

-2-

which to file her Opposition to Defendant/Third-Party Plaintiff, DOSKOCIL MANUFACTURING COMPANY'S Motion to Dismiss.

DATED this 30th day of September, 2015   DATED this 30th day of September, 2015

**LAW OFFICE OF BRENT ELLISON**   **LEWIS BRISBOIS BISGAARD & SMITH, LLP**


 /s/ Brent T. Ellison                             /s/ Gregory S. Bean
BRENT T. ELLISON, ESQ.              DARRELL D. DENNIS, ESQ.
Nevada Bar No.: 12200                   Nevada Bar No.:  6618
7465 W. Lake Mead Boulevard       STEVEN B. ABBOTT, ESQ.
Suite 100                                             Nevada Bar No.:  10303
Las Vegas, Nevada 89128               GREGORY S. BEAN, ESQ.
Telephone: (702) 562-8148             Nevada Bar No.:  12694
Facsimile:  (702) 553-3493             6385 S. Rainbow Blvd., Ste. 600
Email: brent@mynevadalawoffice.com   Las Vegas, Nevada 89118
*Attorney for Plaintiff/Third-Party*       *Attorneys for Defendant/Third-Party Plaintiff,*
*Defendant, CARMEN GUSTIN*        *DOSKOCIL MANUFACTURING COMPANY*

    IT IS SO ORDERED.
    Dated:  October 9, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

-3-