AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

CARMEN GUSTIN,

      Plaintiff,

V.

DOSKOCIL MANUFACTURING COMPANY,

      Defendant.

Amended
JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:15-cv-0589-RCJ-CWH**
(member case)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the Motion to Dismiss (ECF No. 139 in base case 2:14-cv-0700-RCJ-CWH is GRANTED.

April 20, 2016

**LANCE S. WILSON**
Clerk

/s/   Lia Griffin
Deputy Clerk