# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLE GUSTIN, by and through DOROTHY KYLE and JOSEPH KYLE, Guardians Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>PLANO MOLDING COMPANY, et al.,<br><br>Defendants. | Case No. 2:14-cv-00700-RCJ-CWH<br><br>**ORDER** |

Presently before the Court is Defendant Doskocil Manufacturing Company's Motion to Compel Deposition Testimony of Anna Memmott Johnson (ECF No. 154), filed on April 13, 2016. Plaintiff Cole Gustin filed a response (ECF No. 158) on April 27, 2016. Defendant Doskocil did not file a reply. The Court has reviewed and considered the motion, and for the reasons stated in the motion, the Court will grant the motion.

IT IS THEREFORE ORDERED that Defendant Doskocil Manufacturing Company's Motion to Compel Deposition Testimony of Anna Memmott Johnson (ECF No. 154) is GRANTED.

IT IS FURTHER ORDERED that Defendant Doskocil Manufacturing Company must file a proposed order that conforms with the Court's local rules within 10 days from the date of this order.

DATED: May 23, 2016

_____
C.W. Hoffman, Jr.
United States Magistrate Judge