1  DARRELL D. DENNIS, ESQ.
   Nevada Bar No. 6618
2  Darrell.Dennis@lewisbrisbois.com
   STEVEN ABBOTT, ESQ.
3  Nevada Bar No. 10303
   Steven.Abbott@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   TEL.: 702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant/Third-Party Plaintiff*
7  *DOSKOCIL MANUFACTURING COMPANY*

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 | |
   | COLE GUSTIN, by and through DOROTHY | CASE NO.   2:14-CV-00700-RCJ-CWH
12 | KYLE and JOSEPH KYLE, his Guardians |
   | ad Litem, |
13 | |
   |                 Plaintiff, | ORDER GRANTING DEFENDANT
14 | | DOSKOCIL MANUFACTERING
   |       vs. | COMPANY'S MOTION TO COMPEL
15 | | DEPOSIOTION TESTIMONY OF ANNA
   | PLANO MOLDING COMPANY; | MEMMOTT JOHNSON
16 | DOSKOCIL MANUFACTURING |
   | COMPANY; DOES I through X and ROE |
17 | BUSINESS ENTITIES I through X, |
   | inclusive, |
18 | |
   |                 Defendant. |
19 | |
   | DOSKOCIL MANUFACTURING |
20 | COMPANY, |
   | |
21 |           Third-Party Plaintiff |
   | |
22 |       vs. |
   | |
23 | CARMEN GUSTIN, |
   | |
24 |           Third-Party Defendant. |
   | |
25 | |

26

27 / / /

28 / / /

4820-3421-7778.1

## ORDER GRANTING DEFENDANT DOSKOCIL MANUFACTERING COMPANY'S MOTION TO COMPEL DEPOSIOTION TESTIMONY OF ANNA MEMMOTT JOHNSON

Defendant/Third-Party Plaintiff Doskocil Manufacturing Company ("Doskocil" or "Defendant") filed a Motion to Compel Deposition Testimony of Anna Memmott Johnson (ECF No. 154). The Court granted Defendant's Motion to Compel Deposition Testimony of Anna Memmott Johnson. (ECF No. 167). The Court ordered Defendant to file a proposed order (ECF No. 167). (Please note that a settlement is pending in front of the Court.)

The Court finds that Doskocil is entitled to explore potential pre-loss factors that may have caused or contributed to the mental distress. Consequently, the Court finds that Ms. Anna Memmott Johnson must testify regarding her treatment of Plaintiff Cole Gustin ("Plaintiff") as contained in her treatment records disclosed in this litigation, including portions of her care she may recall independently of the records.

## ORDER

IT IS SO ORDERED that Defendant Doskocil Manufacturing Company's Motion to Compel Deposition Testimony of Anna Memmott Johnson (ECF No. 154) is GRANTED.

IT IS FURTHER ORDERED THAT Ms. Anna Memmott Johnson must testify regarding her treatment of Plaintiff Cole Gustin ("Plaintiff") as contained in her treatment records disclosed in this litigation, including portions of her care she may recall independently of the records if her deposition is reset.

IT IS FURTHER ORDERED THAT Doskocil is entitled to explore potential pre-loss factors that may have caused or contributed to the mental distress.

IT IS FURTHER ORDERED that future proposed orders submitted to the court must comply with LR 7-2(f).

Dated this 6th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE